JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>B. BRAUN MEDICAL, INC.,<br><br>        Defendant(s).<br>_____ | SACV 12-01508 JVS (RNBx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:    February 15, 2013

                                                              _____<br>
                                                                 James V. Selna<br>
                                                            United States District Judge